# (January 19, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM UNROCH, Appellant. — Judgment, Supreme Court, Bronx County (John Collins, J.),

rendered on May 19, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Sandler, Fein, Milonas and Kassal, JJ.